■ NEW ENGLAND MUTUAL LIFE INSURANCE COMPANY, Appellant, v. CLARKFORD HOUSE COMPANY, INC., Respondent, et al., Defendants.—■

977

Hopkins, Acting P. J., Shapiro, Gulotta, Christ and Benjamin, JJ., concur.